UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
New Albany Division

LISA BRYAN

        Plaintiff

v.                      CASE NO. 4:21-cv-160 TWP-DML

EQUIFAX INFORMATION SERVICES, LLC, et al.

        Defendants

## ORDER GRANTING MOTION TO DISMISS
## CLAIMS AGAINST TRANSUNION, LLC

This cause having come before the Court on Plaintiff's Motion to Dismiss Complaint against TransUnion, LLC, and the Court being duly advised in the premises, IT IS THEREFORE ORDERED that the Complaint and claims against TransUnion, LLC shall be dismissed with prejudice.

Date: 5/27/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution To:

All counsel of record via the Court's electronic filing system.